THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| PALACIOS, ELSA KARINA, as the Personal Representative of the ESTATE OF BERNARDO PALACIOS-CARBAJAL,<br><br>Plaintiff,<br><br>v.<br><br>SALT LAKE CITY POLICE DEPT.,<br><br>Defendant. | **MEMORANDUM DECISION AND ORDER GRANTING [10] DEFENDANT'S MOTION TO DISMISS OFFICIAL CAPACITY CLAIMS**<br><br>Case No. 2:20-cv-714-DBB-DAO<br><br>District Judge David Barlow |

Before the court is Defendant's Motion to Dismiss, asking the court to dismiss Plaintiffs' Complaint[1] against Defendant Salt Lake City Police Department ("SLCPD") for failure to state a claim for which relief may be granted.[2] In response, Plaintiff filed a Notice of Non-Opposition.[3] It is well established that police departments are not separate legal entities with the capacity to sue or be sued.[4] Here, the court finds that SLCPD is not a separate legal entity but a department of Salt Lake City Corporation, also named in the lawsuit.[5] Therefore, the court DISMISSES WITH PREJUDICE Plaintiff's claims against the Salt Lake City Police Department.

---

[1] Complaint, ECF No. 4, filed October 15, 2020.
[2] Defendant's Motion to Dismiss under Rule 12(b)(6) ("Motion to Dismiss"), ECF No. 10, filed October 26, 2020.
[3] Plaintiff's Response to Motion to Dismiss, ECF No. 14, filed November 9, 2020.
[4] *See Hinton v. Dennis*, 362 Fed. Appx. 904, 907 (10th Cir. Jan. 25, 2010) (unpublished) (holding that governmental sub-units are not separable suable entities).
[5] Motion to Dismiss at 2.

Signed March 30, 2021.

BY THE COURT:

_____
David Barlow
United States District Judge